# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-21-00104-CR

---

**Roberto Gonzalez a/k/a Ruperto Gonzalez, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY**
**NO. 18-081, THE HONORABLE CHRIS SCHNEIDER, JUDGE PRESIDING**

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Roberto Gonzalez a/k/a Ruperto Gonzalez is appealing his judgment of conviction and sentence for first-degree murder. In part, appellant contends that the trial court erred by admitting into evidence at his sentencing hearing a constitutionally inadequate translation of statements he made during an interview with law enforcement. An audiovisual recording of the interview was also admitted into evidence during the hearing. However, the copy of the exhibit before the Court is inaudible.

Because appellant challenges the constitutional adequacy of the translation of statements made during the interview, we consider the recording necessary to this appeal's resolution. *See* Tex. R. App. P. 34.6(f)(3). We therefore abate the appeal and remand the proceeding to the trial court to allow it to determine whether the exhibit can be replaced either by

agreement of the parties or with an audible copy accurately duplicating with reasonable certainty the original exhibit. *See id.* 34.6(f)(4). A supplemental reporter's record containing the trial court's determination as well as an audible copy of the exhibit, if available, shall be filed with this Court by March 17, 2023. This appeal will be reinstated after the supplemental reporter's record is filed.

It is so ordered on February 15, 2023.

Before Justices Baker, Smith, and Theofanis

Abated and Remanded

Filed: February 15, 2023

Do Not Publish